John H. Feeney – 083395
Thomas J. D'Amato -219174
Lorena Matei - 224826
MURPHY, PEARSON, BRADLEY & FEENEY
88 Kearny Street, 10th Floor
San Francisco, CA 94108-5530
Tel:   (415) 788-1900
Fax:   (415) 393-8087

Attorneys for Defendants
ERIC R. HULTMAN AND DANN & MEACHEM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| D. BAILEY NEFF AND AMERICAN CONSTRUCTION & ENVIRONMENTAL SERVICES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ERIC R. HULTMAN, DANN & MEACHAM, DOES 1 through 20, inclusive, <br><br> Defendants. | Case No.: C-07-00553 BZ <br><br> **STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |

WHEREAS, the parties to this matter are currently engaged in substantive settlement discussions which may dispose of this matter and desire additional time to further settlement discussions;

NOW, THEREFORE, pursuant to Civil Local Rules of the United States District Court, Northern District of California, Local Rule 6-1(a), Plaintiff D. BAILEY NEFF AND AMERICAN CONSTRUCTION & ENVIRONMENTAL SERVICES, INC., and Defendant ERIC R. HULTMAN and DANN & MEACHAM, by and through their respective counsel, hereby stipulate as follows:

///

- 1 -

(1) The time for Defendant ERIC R. HULTMAN and DANN & MEACHAM to file and serve an answer or otherwise respond to the complaint shall be and is hereby extended up through and including February 23, 2007.

IT IS SO STIPULATED.

Dated: February 16, 2007

MURPHY, PEARSON, BRADLEY & FEENEY

By _____
Lorena Matei
Attorneys for Defendants
ERIC R. HULTMAN and DANN & MEACHAM

Dated: February 16, 2007

LAW OFFICES OF ROUSE & BAHLERT

By _____
Cheryl Rouse
Attorneys for Plaintiffs
D. BAILEY NEFF AND AMERICAN CONSTRUCTION & ENVIRONMENTAL SERVICES, INC.,

IT IS SO ORDERED.

Dated: _____February 20th_____, 2007

By _____
JUDGE OF THE US DISTRICT COURT

TJD.10357936.doc

CERTIFICATE OF SERVICE

I, Kursten J. Hogard, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause. My business address is 88 Kearny Street, 10th Floor, San Francisco, California 94108-5530.

On February 16, 2007, I served the following document(s) on the parties in the within action:

**STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

| | | |
|---|---|---|
| X | **BY MAIL**: I am familiar with the business practice for collection and processing of mail. The above-described document(s) will be enclosed in a sealed envelope, with first class postage thereon fully prepaid, and deposited with the United States Postal Service at San Francisco, California on this date, addressed as follows: | |
| | **BY HAND**: The above-described document(s) will be placed in a sealed envelope which will be hand-delivered on this same date by _____, addressed as follows: | |
| | **VIA FACSIMILE**: The above-described document(s) will be transmitted via facsimile, and a copy of same will be mailed, on this same date to the following: | |

Cheryl C. Rouse                                  Attorney For Plaintiffs
Law Offices of Rouse & Bahlert      D. BAILEY NEFF AND AMERICAN
345 Franklin Street                            CONSTRUCTION & ENVIRONMENTAL
San Francisco, CA 94102                 SERVICES, INC.

Norman P. Bahlert                            Attorney For Plaintiffs
Law Offices of Rouse & Bahlert      D. BAILEY NEFF AND AMERICAN
345 Franklin Street                            CONSTRUCTION & ENVIRONMENTAL
San Francisco, CA 94102                 SERVICES, INC.

Phillip R. Mead                                   Attorney For Plaintiffs
Merrick, Hofstedt & Lindsey, P.S    D. BAILEY NEFF AND AMERICAN
3101 Western Avenue, Suite 200     CONSTRUCTION & ENVIRONMENTAL
Seattle, WA 98121                              SERVICES, INC

I declare under penalty of perjury under the laws of the State of California that the foregoing is a true and correct statement and that this Certificate was executed on February 16, 2007.

By _____
Kursten J. Hogard

- 3 -