1  John H. Feeney - 083395
   Lorena Matei - 224826
2  MURPHY, PEARSON, BRADLEY & FEENEY
   88 Kearny Street, 10th Floor
3  San Francisco, CA 94108-5530
   Tel:   (415) 788-1900
4  Fax:   (415) 393-8087

5  Attorneys for Defendants
   ERIC R. HULTMAN AND DANN & MEACHEM
6

7                    UNITED STATES DISTRICT COURT

8                    NORTHERN DISTRICT OF CALIFORNIA

9                          OAKLAND DIVISION

10

11 D. BAILEY NEFF AND AMERICAN            Case No.: C-07-00553 BZ
   CONSTRUCTION & ENVIRONMENTAL
12 SERVICES, INC.,                        **STIPULATION AND ORDER EXTENDING
                                          TIME FOR DEFENDANTS ERIC R.
13         Plaintiffs,                    HULTMAN AND DANN & MEACHEM TO
                                          FILE RESPONSIVE PLEADING**
14 v.

15 ERIC R. HULTMAN, DANN & MEACHEM,
   DOES 1 through 20, inclusive,
16
           Defendants.
17

18         WHEREAS, the parties to this matter are currently engaged in substantive settlement

19 discussions which may dispose of this matter and desire additional time to further settlement

20 discussions;

21         NOW, THEREFORE, pursuant to Civil Local Rules of the United States District Court,

22 Northern District of California, Local Rule 6-1(a), Plaintiff D. BAILEY NEFF AND AMERICAN

23 CONSTRUCTION & ENVIRONMENTAL SERVICES, INC., and Defendants ERIC R. HULTMAN

24 and DANN & MEACHEM, by and through their respective counsel, hereby stipulate as follows:

25 / / /

26 / / /

27 / / /

28 / / /

- 1 -

STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANTS ERIC R. HULTMAN AND DANN &
MEACHEM TO FILE RESPONSIVE PLEADING

1  (1) The time for Defendants ERIC R. HULTMAN and DANN & MEACHAM to file and
2  serve an answer or otherwise respond to the complaint shall be and is hereby extended up through and
3  including March 2, 2007.

4  IT IS SO STIPULATED.

5  Dated: February 23, 2007

MURPHY, PEARSON, BRADLEY & FEENEY

By /s/ Lorena Matei
   Lorena Matei
   Attorneys for Defendants
   ERIC R. HULTMAN and DANN & MEACHAM

Dated: February 23, 2007

LAW OFFICES OF ROUSE & BAHLERT

By /s/ Cheryl Rouse
   Cheryl Rouse
   Attorneys for Plaintiffs
   D. BAILEY NEFF AND AMERICAN
   CONSTRUCTION & ENVIRONMENTAL
   SERVICES, INC.

IT IS SO ORDERED.

Dated: February 26 , 2007

By _____

IT IS SO ORDERED
Judge Bernard Zimmerman
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LXM.10360724.doc

- 2 -

STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANTS ERIC R. HULTMAN AND DANN & MEACHEM TO FILE RESPONSIVE PLEADING