1   John H. Feeney - 083395
    Lorena Matei - 224826
2   MURPHY, PEARSON, BRADLEY & FEENEY
    88 Kearny Street, 10th Floor
3   San Francisco, CA  94108-5530
    Tel:    (415) 788-1900
4   Fax:    (415) 393-8087

5   Attorneys for Defendants
    ERIC R. HULTMAN AND DANN & MEACHEM
6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                         OAKLAND DIVISION

11

12  D. BAILEY NEFF AND AMERICAN          Case No.: C-07-00553 BZ
    CONSTRUCTION & ENVIRONMENTAL
    SERVICES, INC.,                      **STIPULATION TO EXTEND TIME TO**
13                                       **ANSWER OR OTHERWISE RESPOND TO**
                                         **COMPLAINT**
14          Plaintiffs,

15  v.

16  ERIC R.HULTMAN, DANN & MEACHAM,
    DOES 1 through 20, inclusive,
17
            Defendants.
18

19          WHEREAS, the parties to this matter are currently engaged in finalizing settlement discussions

20  which may dispose of this matter and desire additional time to further settlement discussions;

21          NOW, THEREFORE, pursuant to Civil Local Rules of the United States District Court,

22  Northern District of California, Local Rule 6-1(a), Plaintiff D. BAILEY NEFF AND AMERICAN

23  CONSTRUCTION & ENVIRONMENTAL SERVICES, INC., and Defendant ERIC R. HULTMAN

24  and DANN & MEACHAM, by and through their respective counsel, hereby stipulate as follows:

25          (1)  The time for Defendant ERIC R. HULTMAN and DANN & MEACHAM to file and serve

26  an answer or otherwise respond to the complaint shall be and is hereby extended up through and

27  including March 9, 2007.

28  / / /

                              - 1 -

IT IS SO STIPULATED.

Dated: March 1, 2007

MURPHY, PEARSON, BRADLEY & FEENEY

By /s/ Lorena Matei
  Lorena Matei
  Attorneys for Defendants
  ERIC R. HULTMAN and DANN & MEACHAM

Dated: March 1, 2007

LAW OFFICES OF ROUSE & BAHLERT

By /s/ Cheryl Rouse
  Cheryl Rouse
  Attorneys for Plaintiffs
  D. BAILEY NEFF AND AMERICAN
  CONSTRUCTION & ENVIRONMENTAL
  SERVICES, INC.,

IT IS SO ORDERED.

Dated:_____March 1_____, 2007

By _____
  JUDGE OF THE ... COURT

IT IS SO ORDERED
Judge Bernard Zimmerman
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LXM.10361605.doc

**STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**