John H. Feeney - 083395
Lorena Matei - 224826
MURPHY, PEARSON, BRADLEY & FEENEY
88 Kearny Street, 10th Floor
San Francisco, CA  94108-5530
Tel:    (415) 788-1900
Fax:    (415) 393-8087

Attorneys for Defendants
ERIC R. HULTMAN AND DANN & MEACHEM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

~~OAKLAND~~ DIVISION
SAN FRANCISCO

| | |
|---|---|
| D. BAILEY NEFF AND AMERICAN CONSTRUCTION & ENVIRONMENTAL SERVICES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ERIC R. HULTMAN, DANN & MEACHAM, DOES 1 through 20, inclusive, <br><br> Defendants. | Case No.: C-07-00553 BZ <br><br> **STIPULATION AND ORDER OF DISMISSAL OF ACTION** <br><br> BY FAX |

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED by and between the parties to this action and through their designated counsel that the above-captioned action between Plaintiffs D. BAILEY NEFF and AMERICAN CONSTRUCTION & ENVIRONMENTAL SERVICES, INC., and Defendants ERIC R. HULTMAN and DANN & MEACHAM be and hereby is dismissed with prejudice pursuant to F.R.C.P. Rule 41. The parties have settled this matter for the amount of seventeen thousand five hundred dollars and no cents ($17,500.00). Both sides agree to waive claims for fees and costs.

Dated: 04/11/07

MURPHY, PEARSON, BRADLEY & FEENEY

By _____
Lorena Matei
Attorneys for Defendants
ERIC R. HULTMAN AND DANN & MEACHEM

Dated: 4/10/07

LAW OFFICES OF ROUSE & BAHLERT

By _____
Cheryl Rouse
Attorneys for Plaintiffs
D. BAILEY NEFF AND AMERICAN
CONSTRUCTION & ENVIRONMENTAL
SERVICES, INC.

IT IS SO ORDERED.

Dated: _____, 2007

By _____
JUDGE OF THE US DISTRICT COURT

LXM.10365861.doc

STIPULATION AND ORDER OF DISMISSAL OF ACTION